DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN COBOURN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3134

[August 13, 2026]

Appeal of rule 3.802 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 061981CF000337A88810.

Daniel Eisinger, Public Defender, and Siobhan Helene Shea, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, KLINGENSMITH and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***